MICHAEL B. BROWN (SB #179222)
UZUNMA A. KAS-OSOKA (SB #258616)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
mbbrown@stoel.com
uakas-osoka@stoel.com

Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, INC.

2010 SEP 22 P 2:47

LB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.D. JADEJA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDFLEX TRAFFIC SYSTEMS, INC.; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC.; AMERICAN TRAFFIC SOLUTIONS, INC., and DOES 1-20,<br><br>Defendants. | Case No. CV 10 4287<br><br>**DECLARATION OF AMY RASOR IN SUPPORT OF AMERICAN TRAFFIC SOLUTIONS, INC'S NOTICE OF REMOVAL** |

I, Amy Rasor, declare as follows:

1. I am Associate General Counsel of Defendant American Traffic Solutions, Inc. ("ATS") in the above captioned matter. I am over the age of eighteen and competent to testify to the facts contained herein.

2. I understand that Plaintiff in *S.D. Jadeja v. Redflex Traffic Systems, Inc. et al.*, San Mateo County Superior Court Case No. CIV 498076, filed a Complaint on August 19, 2010.

3. ATS was served with the Summons and Complaint in *S.D. Jadeja v. Redflex Traffic Systems, Inc. et al.*, San Mateo County Superior Court Case No. CIV 498076, via its California agent for service of process, on August 23, 2010.

4. ATS was, at the time the Complaint was filed, and continues to be, a corporation incorporated under the laws of the State of Kansas, having its principal place of business in Scottsdale, Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 22nd day of September, 2010 at Scottsdale, Arizona.

Amy Rasor

AMY RASOR