MICHAEL B. BROWN (SB #179222)
UZUNMA A. KAS-OSOKA (SB #258616)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
mbbrown@stoel.com
uakas-osoka@stoel.com

Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.D. JADEJA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDFLEX TRAFFIC SYSTEMS, INC., REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., AMERICAN TRAFFIC SOLUTIONS, INC., and DOES 1-20,<br><br>Defendants. | Case No. CV 10 4287<br><br>**DECLARATION OF SEAN NOLAN IN SUPPORT OF NOTICE OF REMOVAL** |

I, SEAN NOLAN, declare as follows:

1. I am the Chief Financial Officer of Defendant Redflex Traffic Systems, Inc. ("Redflex") in the above captioned matter. In my role as Chief Financial Officer, I have first hand knowledge, or have confirmed through review of relevant business records, the facts contained in this Declaration. I am over the age of eighteen and competent to testify to the facts contained herein.

2. Based on Plaintiff's allegations in the Complaint in this matter, alleged damages would exceed the $5,000,000 threshold under 28 U.S.C. sections 1332(d)(2)(A) and (d)(6).

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF SEAN NOLAN IN SUPPORT
OF NOTICE OF REMOVAL                               -1-

70297618.1 0009610- 00011 70297618 1 0009610- 00011 70290587.2 00096 10-00011

3. First, Plaintiff seeks "full restitution" (Complaint, ¶84) or "restitution in an amount sufficient to reimburse Class Members who have paid fines pursuant to citations issued." (Complaint, p. 17 (Prayer for Relief) According to Plaintiff's allegations, in "2009 San Mateo County issued 30,948 red light camera-generated tickets, which at $446 per citation, would amount to $13,802,808 in fines. Some individual cities within San Mateo County each issued nearly $300,000 in red light camera generated tickets *per month*." Complaint, ¶46 (italics in original). The "full restitution" sought by Plaintiff would thus amount to $13.8 million in fines from San Mateo County alone. As such, Plaintiff's alleged damages exceed the $5,000,000 threshold on this basis.

4. Second, Plaintiff seeks, in the alternative, "disgorgement of all revenues, earnings, profits, compensation, and benefits which may have been obtained by Defendants as a result of such [allegedly unlawful] business acts or practices." Complaint, ¶ 84. Plaintiff references contracts that were entered into between California cities and Redflex or American Traffic Solutions "[o]n or after January 1, 2004." Complaint ¶ 30. Between 2007 and August 31, 2010, Redflex has received more than $5 million (cumulatively, and in two some cases individually) in payment for services. As such, on this basis as well, Plaintiff's alleged damages exceed the $5,000,000 threshold.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 20th day of September, 2010 at Scottsdale, Arizona.

Sean Nolen