| | |
|---|---|
| 1 | MICHAEL B. BROWN (SB #179222) |
|   | mbbrown@stoel.com |
| 2 | UZUNMA A. KAS-OSOKA (SB #258616) |
|   | uakas-osoka@stoel.com |
| 3 | STOEL RIVES LLP |
|   | 500 Capitol Mall, Suite 1600 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 447-0700 |
| 5 | Facsimile: (916) 447-4781 |
| 6 | Attorneys for Defendant |
|   | AMERICAN TRAFFIC SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.D. JADEJA, individually and on behalf of all those similarly situated,, | Case No. CV10 4287 |
| Plaintiff, | DEFENDANT AMERICAN TRAFFIC SOLUTIONS, INC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT |
| v. | |
| REDFLEX TRAFFIC SYSTEMS, INC.; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC.; AMERICAN TRAFFIC SOLUTIONS, INC.; and DOES 1-20, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant American Traffic Solutions, LLC makes the following disclosure:

1. <u>Parent Corporation</u>. ATS Consolidated, Inc. is the parent corporation of American Traffic Solutions, Inc.

///
///
///
///
///

2. <u>Publicly Held Corporation</u>. The Goldman Sachs Group, Inc. owns 10% or more of American Traffic Solutions, Inc.'s stock.

DATED: September 22, 2010

STOEL RIVES LLP

By: /s/ Michael B. Brown
MICHAEL B. BROWN
Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, INC.