MICHAEL B. BROWN (SB #179222)
UZUNMA A. KAS-OSOKA (SB #258616)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781
mbbrown@stoel.com
uakas-osoka@stoel.com

Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.D. JADEJA, individually and on behalf of all those similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> REDFLEX TRAFFIC SYSTEMS, INC.; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC.; AMERICAN TRAFFIC SOLUTIONS, INC.; and DOES 1-20, <br><br> Defendants. | Case No.   4:10-CV-4287 LB <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned parties and Defendants hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.  Defendants further state that they

///

///

///

-1-

1  intend to defend this action by filing a motion to dismiss the complaint upon reassignment to a
2  United States District Judge.

4  DATED: September 28, 2010               STOEL RIVES LLP

6                                          By:_____/s/_____
                                               MICHAEL B. BROWN
7                                              Attorneys for Defendant AMERICAN
                                               TRAFFIC SOLUTIONS, LLC

10 DATED: September 28, 2010               DAVIS, WRIGHT, TREMAINE LLP

12                                         By:_____/s/_____
                                               JOSEPH E. ADDIEGO III
13                                             FRED B. BURNSIDE
                                               Attorneys for Defendants REDFLEX
14                                             TRAFFIC SYSTEMS INC., and
                                               REDFLEX TRAFFIC SYSTEMS
15                                             (CALIFORNIA), INC.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
70310592.1 0009610-00011