| | |
|---|---|
| 1 | MICHAEL B. BROWN (SB #179222) |
| 2 | UZUNMA A. KAS-OSOKA (SB #258616)<br>STOEL RIVES LLP |
| 3 | 500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 447-0700<br>Facsimile: (916) 447-4781 |
| 5 | Email: mbbrown@stoel.com<br>Email: uakas-osoka@stoel.com |

Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, INC.

Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       joeaddiego@dwt.com

Fred B. Burnside (CA State Bar No. 211089)
DAVIS WRIGHT TREMAINE LLP
1201 3rd Ave., Suite 2200
Seattle, Washington 98101
Telephone:   (206) 757-8016
Facsimile:   (206) 757-7016
Email:       fredburnside@dwt.com

Attorneys for Defendants
REDFLEX TRAFFIC SYSTEMS INC. and
REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.D. JADEJA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDFLEX TRAFFIC SYSTEMS, INC.; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC.; AMERICAN TRAFFIC SOLUTIONS, INC.; and DOES 1-20,<br><br>Defendants. | Case No. 3:10-CV-04287 WHA<br><br>**STIPULATION AND ORDER FOR HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO REMAND, AND CONTINUING OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-1-
STIPULATION AND ORDER FOR HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO REMAND, AND
CONTINUING OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

70330893.1 0009610- 00011

On September 22, 2010, Defendants AMERICAN TRAFFIC SOLUTIONS, INC., ("ATS") and REDFLEX TRAFFIC SYSTEMS, INC., and REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., (Redflex") filed a Notice of Removal, which removed this action to the United States District Court, Northern District of California.

Plaintiff S.D. JADEJA intends to file a Motion to Remand the action back to the San Mateo Superior Court.

In an effort to coordinate the sequence of briefing and make efficient use of the Court's time, the parties through counsel hereby stipulate and agree to the following:

1. Plaintiff's Motion to Remand shall be filed and served by October 22, 2010, and is set for a hearing on December 2, 2010, at 8:00 a.m., in Courtroom 9, (19th Floor), or such other hearing date and time as ordered by the Court. Defendants' opposition to the motion shall be filed and served by November 11, 2010, and any reply to the opposition shall be filed and served by November 18, 2010;

2. If the Motion to Remand is denied, the parties shall within seven (7) days of notice thereof, meet and confer and file with the Court a Stipulation and Order with a hearing date and briefing schedule on Defendants' Motion to Dismiss; and

3. The parties agree that the Stipulation and Order will continue the Case Management Conference currently set for January 6, 2011, and all related disclosures, to a date after the Motion to Dismiss is decided which is acceptable to the Court.

DATED: October 8, 2010

PEARSON, SIMON, WARSHAW & PENNY, LLP

By: /s/ Bruce L. Simon
BRUCE L. SIMON
Attorneys for Plaintiff
S.D. JADEJA

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-
STIPULATION AND ORDER FOR HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO REMAND, AND CONTINUING OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

70330893.1 0009610- 00011

DATED: October 8, 2010  ANDERLINI & EMERICK LLP

By: /s/ P. Terry Anderlini
P. TERRY ANDERLINI
Attorneys for Plaintiff
S.D. JADEJA

DATED: October 8, 2010  STOEL RIVES LLP

By: /s/ Michael B. Brown
MICHAEL B. BROWN
Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, INC.

DATED: October 8, 2010  DAVIS WRIGHT TREMAINE LLP

By: /s/ Fred B. Burnside
JOSEPH E. ADDIEGO III
FRED B. BURNSIDE
Attorneys for Defendants
REDFLEX TRAFFIC SYSTEMS INC. and REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC.

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendants time to respond to the Complaint is hereby continued pending a decision on the Motion to Remand;

2. Plaintiff's Motion to Remand is set for hearing on December 2, 2010, at 8:00 a.m., in Courtroom 9, (19th Floor). Defendants' opposition to the Motion shall be filed and served by

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-3-
STIPULATION AND ORDER FOR HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO REMAND, AND CONTINUING OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

70330893.1 0009610- 00011

1  November 11, 2010 and any reply to the opposition shall be filed and served by November 18, 2010;

    3. If the Motion to Remand is denied, the parties shall within seven (7) days of notice thereof, meet and confer and file with the Court a Stipulation and Order with a hearing date and briefing schedule on Defendants' Motion to Dismiss; and

    4. The Stipulation and Order will continue the Case Management Conference set for January 6, 2011, and all related disclosures, until after the Motion to Dismiss is decided.

DATED: October ___, 2010

                                                              JUDGE OF THE DISTRICT COURT

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-4-
STIPULATION AND ORDER FOR HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO REMAND, AND CONTINUING OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

70330893.1 0009610- 00011