IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D. JADEJA, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>REDFLEX TRAFFIC SYSTEMS, INC., REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., AMERICAN TRAFFIC SOLUTIONS, INC., and DOES 1–20,<br><br>    Defendants.<br>_____/ | No. C 10-04287 WHA<br><br>**ORDER ON RECENTLY FILED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties' stipulated request to continue the January 2011 case management conference is **DENIED**. Good cause has *not* been shown to continue a case management conference that is nearly three months away, especially given counsel's statement that a motion to remand will be filed within the next few weeks.

**IT IS SO ORDERED.**

Dated: October 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE