BRUCE L. SIMON (Bar No. 96241)
bsimon@pswplaw.com
WILLIAM J. NEWSOM (Bar No. 267643)
wnewsom@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

P. TERRY ANDERLINI (Bar No. 44783)
tanderlini@aelawllp.com
MERRILL G. EMERICK (Bar No. 117248)
memerick@aelawllp.com
**ANDERLINI & EMERICK, LLP**
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone: (650) 242-4884
Facsimile: (650) 212-0081

*Attorneys for Plaintiff S.D. Jadeja*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.D. JADEJA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDFLEX TRAFFIC SYSTEMS, INC.; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC.; AMERICAN TRAFFIC SOLUTIONS, INC.,<br><br>Defendants. | CASE NO. C 10-04287 WHA<br><br>**DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** |

I, Bruce L. Simon, declare as follows:

1. I am an attorney, representing Plaintiff S.D. Jadeja in the above captioned matter. I am competent to testify to the facts contained herein, if called upon to do so.

2. My firm has performed a substantial review of the contracts that form the basis of the above captioned matter, and has compiled the cover and signature pages for a large number of

1 the contracts. We have also included certified copies of four such contracts, and are awaiting certified copies of other contracts.

3. The contract excerpts attached were all obtained from publicly available sources, primarily from an attorney who obtained them through public records requests and the internet. The certified contracts were obtained through public records requests. Plaintiff has requested certified copies of a number of the contracts excerpted herein, but the majority of those requests have not yet been processed. Should the Court require fully executed, certified copies of all contracts, Plaintiff is prepared to provide them when they become available. However, in the interests of judicial economy, Plaintiff has attached only excerpts of the majority of the contracts. If Plaintiff were to attach a certified copy of each contract, this Declaration would likely be in the thousands of pages.

4. Defendant Redflex Traffic Systems (California), Inc. ("Redflex CA") is, for diversity purposes, a citizen of the State of California. Upon information and belief, supported by documentation, Redflex CA is incorporated in California, and has or had its principal place of business at an office in Culver City, California during the class period.

5. Plaintiff, in his Complaint, identified 59 municipalities and government agencies who have contracted with a Defendant for the provision of automated traffic enforcement equipment and services, with a contract including a "cost neutral" clause. *See* Complaint at ¶ 30. Of the contracts reviewed, at least seven (7) designate the contracting party as "Redflex Traffic Systems (California)," although the exact placement of the parenthetical (California) varies. *See* Ex. 2-8. Another eight (8) contracts denote "Redflex Traffic Systems, Inc., a California corporation" as the contracting party. Ex. 9-16. An additional two (2) name "Redflex Traffic Systems, Inc." as the contracting party, and indicate that it is a corporation with "its principal place of business" located at an address in Culver City, California. Ex. 17-18. Twenty two (22) other contracts indicate that the contracting party is Redflex Traffic Systems, "with offices at" an address in Culver City, California. Ex. 19-40. Thus, a total of at least seventeen (17) of the contracts are between a municipality and Redflex Traffic Systems (California), Inc. ("Redflex CA"). An additional twenty two (22) indicate the same office used by Redflex CA and appear to

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

be contracts between a municipality and that entity. Thus, a total of at least thirty seven (37) cities and municipalities (Bakersfield and Redding fit into two of the above categories, and are counted only once) have contracted with Redflex CA. Considering that the Complaint identifies a total of only fifty nine (59) municipalities and government agencies as having unlawful "cost neutral" contracts, this would mean that Redflex CA is contracted with 62.7%, nearly two-thirds, of the cities named in the Complaint. The remainder of the municipalities/agencies named in the Complaint are either contracted with a Redflex entity named as a Delaware corporation and/or listed with an Arizona address, with Defendant American Traffic Solutions, Inc.("ATS"), or with an unknown entity.

6. Attached hereto as Exhibit 1 are screen printouts from the California Secretary of State's business search website, located at http://kepler.sos.ca.gov/, the MacRae's Blue Book business search website, located at http://www.macraesbluebook.com/search/company.cfm?company=862596, and the Kelly Search business search website, located at http://www.kellysearch.com/us-company-900380722.html#, all indicating that Redflex Traffic Systems (California), Inc. is a California corporation.

7. Attached hereto as Exhibit 2 is a copy of the first and last page of a contract between Redflex Traffic Systems, Inc. (California) and the city of Bakersfield, naming Redflex Traffic Systems, Inc. (California) as a party in the title.

8. Attached hereto as Exhibit 3 is a copy of the first and last page of a contract between Redflex Traffic Systems (California) and the city of Gardena, naming Redflex Traffic Systems (California) as the contracting party.

9. Attached hereto as Exhibit 4 is a copy of the first and last page of a contract between Redflex Traffic Systems, Inc. (California) and the city of Los Alamitos, naming Redflex Traffic Systems, Inc. (California) as a party to the contract and in the title.

10. Attached hereto as Exhibit 5 is a copy of the first and last page of a contract between Redflex Traffic Systems, Inc. (California) and the city of Modesto, naming Redflex Traffic Systems, Inc. (California) as a party in the title. The document appears to be unsigned.

11. Attached hereto as Exhibit 6 is a copy of the first and last page of a contract

819363.2

3

DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

1  between Redflex Traffic Systems, Inc. (California) and the city of Redding, naming Redflex
2  Traffic Systems, Inc. (California) as a party in the title.
3      12.    Attached hereto as Exhibit 7 is a certified copy of a contract between Redflex
4  Traffic Systems, (California) Inc. and the city of San Leandro, naming Redflex Traffic Systems,
5  Inc. (California) in the title and Redflex Traffic Systems, (California) Inc. as a party to the
6  contract.
7      13.    Attached hereto as Exhibit 8 is a copy of the first and last page of a contract
8  between Redflex Traffic Systems (California), Inc. and the city of Union City, naming Redflex
9  Traffic Systems (California), Inc. in the title and as a party to the contract.
10     14.    Attached hereto as Exhibit 9 is a copy of the first and last page of a contract
11 between "Redflex Traffic Systems, Inc., a California corporation" and the city of Bakersfield.
12     15.    Attached hereto as Exhibit 10 is a certified copy of a contract between "Redflex
13 Traffic Systems, Inc., a California corporation" and the city of Emeryville.
14     16.    Attached hereto as Exhibit 11 is a copy of the first and last page of a contract
15 between "Redflex Traffic Systems, Inc., a California corporation" and the city of Escondido.
16     17.    Attached hereto as Exhibit 12 are copies of the first and last pages of a contract and
17 an amendment to a contract between "Redflex Traffic Systems, Inc., a California corporation" and
18 the city of Marysville.
19     18.    Attached hereto as Exhibit 13 is a copy of the first and last page of a contract
20 between "Redflex Traffic Systems, Inc., a California corporation" and the city of Moreno Valley.
21     19.    Attached hereto as Exhibit 14 is a copy of the first and last page of a contract
22 between "Redflex Traffic Systems, Inc., a California corporation" and the city of Oceanside.
23     20.    Attached hereto as Exhibit 15 are copies of the first and last pages of a contracts
24 and an amendment to a contract between "Redflex Traffic Systems, Inc., a California corporation"
25 and the city of Santa Ana.
26     21.    Attached hereto as Exhibit 16 is a certified copy of a contract between "Redflex
27 Traffic Systems, Inc., a California corporation" and the city of Yucaipa.
28     22.    Attached hereto as Exhibit 17 is a certified copy of a contract between "Redflex

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

819363.2

4

DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

1  Traffic Systems, Inc. with its principal place of business located at 6076 Bristol Parkway, Suite
2  106, Culver City, California 90230" and the city of Commerce.

3      23.    Attached hereto as Exhibit 18 is a copy of the first and last page of a contract
4  between "Redflex Traffic Systems, Inc. a Delaware Corporation with its principal place of
5  business at 6076 Bristol Parkway, Suite 106, Culver City, California 90230" and the city of
6  Corona.

7      24.    Attached hereto as Exhibit 19 is a copy of the first and last page of a contract
8  between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver
9  City, California 90230" and the city of Baldwin Park.

10      25.    Attached hereto as Exhibit 20 is a copy of the first and last page of a contract
11  between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver
12  City, California 90230" and the city of Belmont.

13      26.    Attached hereto as Exhibit 21 is a copy of the first and last page of a contract
14  between "Redflex Traffic Systems, Inc. with offices at 6076 Bristol Parkway, Suite 106, Culver
15  City, California 90230" and the city of Citrus Heights.

16      27.    Attached hereto as Exhibit 22 is a copy of the first and last page of a contract
17  between "Redflex Traffic Systems, Inc. with offices at 6076 Bristol Parkway, Suite 106, Culver
18  City, California 90230" and the city of Daly City.

19      28.    Attached hereto as Exhibit 23 is a copy of the first and last page of a contract
20  between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver
21  City, California 90230" and the city of Grand Terrace.  The signature page appears unsigned by
22  Redflex.

23      29.    Attached hereto as Exhibit 24 is a copy of the first and last page of a contract
24  between "Redflex Traffic Systems, Inc. with offices at 6076 Bristol Parkway Suite 106 Floor [sic],
25  Culver City, California 90230" and the city of Highland.

26      30.    Attached hereto as Exhibit 25 is a copy of the first and last page of a contract
27  between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver
28  City, California 90230" and the city of Lancaster.

31. Attached hereto as Exhibit 26 is a copy of the first page only, of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of Loma Linda. Plaintiff was unable to locate the signature page for this contract.

32. Attached hereto as Exhibit 27 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc., a Delaware corporation with offices at 6047 Bristol Parkway, Culver City, California 90230" and the city of Lynwood.

33. Attached hereto as Exhibit 28 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6076 Bristol Parkway, Suite 106, Culver City, California 90230" and the city of Menlo Park.

34. Attached hereto as Exhibit 29 is a copy of the first page only, of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of Montebello. Plaintiff was unable to locate the signature page for this contract.

35. Attached hereto as Exhibit 30 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and The Mountains Recreation and Conservation Authority.

36. Attached hereto as Exhibit 31 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of Newark.

37. Attached hereto as Exhibit 32 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of Oroville.

38. Attached hereto as Exhibit 33 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6076 Bristol Parkway, Suite 105, Culver City, California 90230" and the city of Rancho Cucamonga.

39. Attached hereto as Exhibit 34 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver

819363.2
6
DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

1  City, California 90230" and the city of Redding.

2      40. Attached hereto as Exhibit 35 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6076 Bristol Parkway, Suite 105/106, Culver City, California 90230" and the city of Redlands.

    41. Attached hereto as Exhibit 36 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of Redwood City.

    42. Attached hereto as Exhibit 37 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of Riverside.

    43. Attached hereto as Exhibit 38 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of Rocklin.

    44. Attached hereto as Exhibit 39 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc. with offices at 6047 Bristol Parkway, Culver City, 1st Floor, California 90230" and the city of San Buenaventura.

    45. Attached hereto as Exhibit 40 is a copy of the first and last page of a contract between "Redflex Traffic Systems, Inc., a Delaware corporation with offices at 6047 Bristol Parkway 1st Floor, Culver City, California 90230" and the city of San Mateo.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 22nd day of October, 2010, at San Francisco, California.

_____
BRUCE L. SIMON

DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND